■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN AYALA, Appellant.—Judgment, Supreme Court, Bronx County (Maurice Grey, J.), rendered on November 7, 1984, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Fein, Kassal and Ellerin, JJ.

■ J. WESLEY SAVAGE, Appellant, v MICHEL P. D'ORLEANS, Respondent.—Order, Supreme Court, New York County (Martin B. Stecher, J.), entered on October 10, 1984, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT ARANA, Appellant.—Judgment, Supreme Court, Bronx County (Joan C. Sudolnik, J.), rendered on June 14, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Fein, Kassal and Ellerin, JJ.